# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

144285

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAKOTA LEE MANSHADOW,
      Defendant-Appellant.

SC: 144285
COA: 306523
Mecosta CC: 10-006812-FH

_____/

      On order of the Court, the application for leave to appeal the November 9, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

Clerk

h0416